KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PAUL B. SALVATY (S.B. #171507)
psalvaty@omm.com
STEVEN H. BERGMAN (S.B. #180542)
sbergman@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendants
Hynix Semiconductor Inc. and Hynix
Semiconductor America Inc. in the *Sun/Unisys*, *Edge*, *Jaco* and *All-American* actions

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sun Microsystems, Inc. v. Hynix Semiconductor Inc., et al. | Case No.  C 06-01665-PJH (Consolidated) |
| Case No.  C-06-01665-PJH | Case No.  C-06-02915-PJH |
| Unisys Corporation v. Hynix Semicondcutor Inc., et al. | Case No.  C-07-01200-PJH |
| | Case No.  C-07-01207-PJH |
| Case No.  C-06-02915-PJH | Case No.  C-07-01212-PJH |
| Jaco Electronics, Inc. v. Hynix Semiconductor Inc., et al. | Case No.  C-07-01381-PJH |
| Case No.  C-07-01212-PJH | [~~PROPOSED~~]<br>**PRETRIAL ORDER NO. 1** |
| Edge Electronics, Inc. v. Hynix Semiconductor Inc., et al. | |
| Case No.  C-07-01207-PJH | |

All-American Semiconductor, Inc. v. Hynix Semiconductor Inc., et al.

Case No. C-07-01200-PJH

DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor Inc., et al.

Case No. C-07-01381-PJH.

On May 31, 2007, the Court held a joint Case Management Conference for each of the six cases listed herein. Plaintiffs Sun, Unisys, Edge, Jaco and All-American were represented by Crowell & Moring LLP and plaintiff DRAM Claims Liquidation Trust was represented by Lindquist & Vennum LLP and Sellar, Hazard, Manning, Ficenec & Lai.

Defendants Hynix Semiconductor Inc. and Hynix Semiconductor Inc. were represented by O'Melveny & Myers LLP with respect to the Sun, Unisys, Edge, Jaco and All-American actions; defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation were represented by Heller Ehrman LLP; defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. were represented by Sheppard, Mullin, Richter & Hampton LLP; defendants Infineon Technologies AG and Infineon Technologies North America Corporation were represented by Kaye Scholer LLP; defendants Nanya Technology Corporation and Nanya Technology Corporation USA were represented by Orrick Herrington & Sutcliffe LLP; defendants Winbond Electronics Corporation and Winbond Electronics Corporation America were represented by Finnegan, Henderson, Farabow, Garrett & Dunner LLP; defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. were represented by Simpson Thacher & Bartlett LLP; defendant NEC Electronics America, Inc. was represented by Thelen Reid Brown Raysman & Steiner LLP; defendants Mitsubishi Electric Corp.. Mitsubishi Electric and Electronics USA, Inc., and Mitsubishi Electric Europe B.V. were represented by Jenner & Block LLP and Krieg,

Keller, Sloan, Reilley & Roman, LLP; and defendants Micron Technology, Inc, and Micron Semiconductor Products, Inc. were represented by Gibson Dunn & Crutcher LLP.

    1.    The Court adopts the following pre-trial schedule for these cases. Unless otherwise stated, each date below applies to every action listed above.

| EVENT | COORDINATED SCHEDULE |
|---|---|
| Exchange Initial Disclosures in *Jaco*, *Edge All-American* and *DRAM Liquidation Trust* actions; MDL Defendants will produce MDL materials | 6/14/07 |
| Group mediation with Unisys | 6/20/07 |
| Group mediation with Sun | 6/21/07 |
| Follow-up mediations in *Sun/Unisys* actions | 7/19/07 – 7/20/07 |
| Fact discovery closes in all cases | 11/16/07 |
| Deadline for mediation in *Edge, Jaco, All-American and DRAM Liquidation Trust* | 11/30/07 |
| Deadline for Plaintiffs' expert reports | 12/14/07 |
| Depositions of Plaintiffs' experts | 12/15/07-1/24/08 |
| Deadline for Defendants' expert reports | 1/25/08 |
| Depositions of Defendants' experts | 1/26/08-2/21/08 |
| Deadline for Plaintiffs' expert rebuttal reports | 2/22/08 |
| Depositions of Plaintiffs' rebuttal experts | 2/23/08-3/13/08 |
| Deadline for dispositive motions | 3/14/08 |
| Deadline for Oppositions to dispositive motions | 4/11/08 |
| Deadline for Reply briefs in support of dispositive motions | 4/30/08 |
| Hearing held on dispositive motions | 5/28/08 |
| Pre-Trial Conference | 9/11/08 |
| Cases ready for trial; court to determine which case goes first | 10/20/08 |

    2.    Any discovery disputes are referred to Magistrate Judge Spero for resolution.

    3.    Defendants are entitled to commence depositions of plaintiffs' experts when they file reports. If an expert submits both an expert report and a rebuttal

1 report, defendants are permitted to take a second deposition of that expert.  A second
2 deposition of an expert for plaintiffs following submission of a rebuttal report shall be
3 limited to one-half day.

4.     On June 4, 2007 defendants filed Motions to Dismiss in the *Sun/Unisys* consolidated action and in the *DRAM Liquidation Trust*.  Pursuant to the Court's request, the parties have agreed to a briefing and hearing schedule for those motions to dismiss as follows:

| EVENT | SCHEDULE |
|---|---|
| Defendants' motions to dismiss filed | 6/04/2007 |
| Plaintiffs' opposition briefs filed | 7/16/2007 |
| Defendants' reply briefs filed | 8/13/07 |
| Hearing on each motion | 9/12//07 |

SO ORDERED.

Dated: 6/25/07



Hon.
United
Northern

[PROPOSED] PRE-TRIAL ORDER NO. 1
C 06-01665, C-06-02915, C-07-01200,
C-07-01207, C-07-01212 & C-07-01381

LA2:833642.1             - 4 -