ROBERT E. FREITAS (STATE BAR NO. 80948) rfreitas@orrick.com
CYNTHIA ZUNIGA (STATE BAR NO. 209320) czuniga@orrick.com
NA'IL BENJAMIN (STATE BAR NO. 240354) nbenjamin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

HOWARD M. ULLMAN (STATE BAR NO. 206760) hullman@orrick.com
ERIC HAIRSTON (STATE BAR NO. 229892) ehairston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants Nanya Technology Corporation
and Nanya Technology Corporation USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| This document pertains to the following cases: | Case No. C 06-01665-PJH (Consolidated)<br>C 06-01200-PJH<br>C 06-01207-PJH<br>C 06-01212-PJH<br>C 06-01381-PJH |
|---|---|
| SUN MICROSYSTEMS, INC., *et al.* v. HYNIX SEMICONDUCTOR, INC., *et al.*, | |
| UNISYS CORP. v. HYNIX SEMICONDUCTOR, INC., *et al.*, | [PROPOSED] ORDER RE ATTENDANCE AT DEPOSITIONS OF MIZUKI YOSHINO AND TOSHIAKI HAGIWARA |
| ALL AMERICAN SEMICONDUCTOR, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*, | |
| EDGE ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*, | |
| JACO ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*, | |
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee Wells Fargo Bank, N.A. v. HYNIX SEMICONDUCTOR, *et al.* | |

| | |
|---|---|
| 1 | TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES |
| 2 | UNITED STATES CONSULATE, OSAKA, JAPAN |
| 3 | |
| 4 | THIS COURT HAS BY PRIOR ORDER AUTHORIZED YOU TO CONDUCT THE |
| 5 | DEPOSITIONS OF WITNESSES MIZUKI YOSHINO AND TOSHIAKI HAGIWARA ON OR |
| 6 | ABOUT OCTOBER 22, 2007 AND OCTOBER 23, 2007. |
| 7 | |
| 8 | UPON THE APPLICATION OF DEFENDANTS NANYA TECHNOLOGY CORPORATION |
| 9 | AND NANYA TECHNOLOGY CORPORATION USA AND PURSUANT TO ARTICLE 17 |
| 10 | OF THE UNITED STATES – JAPAN CONSULAR CONVENTION, COUNSEL FOR |
| 11 | DEFENDANTS NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY |
| 12 | CORPORATION USA WHO WILL PARTICIPATE IN SAID DEPOSITIONS IS HOWARD |
| 13 | MARK ULLMAN. |

10/12/07
DATE

U.S. [signature: Judge Joseph C. Spero]

SEAL

[PROPOSED] ORDER
C 06-01665-PJH (CONSOLIDATED), C 06-01200-PJH,
C 06-01207-PJH, C 06-01212-PJH, C 06-01381-PJH

OHS West:260318605.1