1   JAMES G. KREISSMAN (Bar No. 206740)
    jkreissman@stblaw.com
2   HARRISON J. FRAHN IV (Bar No. 206822)
    hfrahn@stblaw.com
3   JASON M. BUSSEY (Bar No. 227185)
    jbussey@stblaw.com
4   SIMPSON THACHER & BARTLETT LLP
    2550 Hanover Street
5   Palo Alto, California  94304
    Telephone:  (650) 251-5000
6   Facsimile:  (650) 251-5002

7   *Counsel for Defendants*
    ELPIDA MEMORY, INC. and
8   ELPIDA MEMORY (USA) INC.

9              **UNITED STATES DISTRICT COURT**

10     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 *Sun Microsystems, Inc., et al. v. Hynix* | Case No. C06-01665 PJH (Consolidated) |
| *Semiconductor, Inc., et al.* | Case No. C06-02915 PJH |
| 12   (Case No. C06-01665 PJH (Consolidated)) | Case No. C07-01200 PJH |
| | Case No. C07-01207 PJH |
| 13 *Unisys Corporation v. Hynix Semiconductor,* | Case No. C07-01212 PJH |
| *Inc., et al.* (Case No. C06-02915 PJH) | Case No. C07-01381 PJH |
| 14 | |
| *Jaco Electronics, Inc. v. Hynix Semiconductor,* | |
| 15   *Inc., et al.* (Case No. C06-01212 PJH) | **[PROPOSED] ORDER RE:** |
| | **ATTENDANCE AT DEPOSITIONS** |
| 16 *Edge Electronics, Inc. v. Hynix Semiconductor,* | **OF MIZUKI YOSHINO AND** |
| *Inc., et al.* (Case No. C06-01207 PJH) | **TOSHIAKI HAGIWARA** |
| 17 | |
| *All American Semiconductor, Inc. v. Hynix* | |
| 18   *Semiconductor, Inc., et al.* | |
|   (Case No. C06-01200 PJH) | |
| 19 | |
| *DRAM Claims Liquidation Trust, by its Trustee* | |
| 20 *Wells Fargo Bank, NA v. Hynix Semiconductor* | |
| *Inc., et al.* (Case No. C07-01381 PJH) | |

21

22

23

24

25

26

27

28

*TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES*

*UNITED STATES CONSULATE, OSAKA, JAPAN*

*THIS COURT HAS BY PRIOR ORDER AUTHORIZED YOU TO CONDUCT THE DEPOSITIONS OF WITNESSES MIZUKI YOSHINO AND TOSHIAKI HAGIWARA ON OR ABOUT OCTOBER 22, 2007 AND OCTOBER 23, 2007.*

*UPON APPLICATION BY DEFENDANTS ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC. AND PURSUANT TO ARTICLE 17 OF THE UNITED STATES – JAPAN CONSULAR CONVENTION, COUNSEL FOR DEFENDANTS ELPIDA MEMORY INC. AND ELPIDA MEMORY (USA) INC. WHO WILL PARTICIPATE IN SAID DEPOSITIONS INCLUDE HARRISON J. FRAHN IV.*

10/15/07
_____

*DATE*

_____

*JOSEPH C. SPERO*
*U.S. MAGISTRATE JUDGE*

*SEAL*

Judge Joseph C. Spero

1
[~~PROPOSED~~] ORDER
CASE NOS. C06-01665 PJH (CONSOLIDATED), C06-02915 PJH, C07-01200 PJH, C07-01207 PJH ,C07-01212 PJH and C07-01381 PJH