1  Jerome A. Murphy *(pro hac vice)*
   David D. Cross *(pro hac vice)*
2  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
3  Washington, D.C. 20004-2595
   Telephone: 202-624-2500
4  Facsimile: 202-628-5116
   E-mail:    jmurphy@crowell.com
5             dcross@crowell.com

6  Daniel A. Sasse (CA Bar No. 236234)
   Theresa C. Lopez (CA Bar No. 205338)
7  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
8  Irvine, CA 92614-8505
   Telephone: 949-263-8400
9  Facsimile: 949-263-8414
   E-mail:    dsasse@crowell.com
10            tlopez@crowell.com

11 *Counsel for Plaintiff Jaco Electronics, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JACO ELECTRONICS, INC. | Case No. C-07-01212 PJH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL [AND ORDER] AS TO MOSEL DEFENDANTS PURSUANT TO RULE 41(a)(2)** |
| HYNIX SEMICONDUCTOR, INC, ET AL., | |
| Defendants. | |

The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs

1

and attorney's fees. This dismissal shall not apply to or affect any other defendant.

DATED: January 14, 2008

CROWELL & MORING LLP

_____
Jerome A. Murphy
David D. Cross
Daniel A. Sasse
Theresa C. Lopez

*Counsel for Plaintiff Jaco Electronics, Inc.*

DATED: January 14, 2008

HELLER EHRMAN WHITE & McAULIFFE LLP

_____
David C. Brownstein

*Counsel for Defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation*

Good cause appearing, it is <u>SO ORDERED</u>.

Dated: 1/18/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2