Jerome A. Murphy *(pro hac vice)*
David D. Cross (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone:     202-624-2500
Facsimile:     202-628-5116
E-mail:        kgardiner@crowell.com
               kkirmayer@crowell.com
               jmurphy@crowell.com
               dcross@crowell.com
               mmcburney@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Theresa C. Lopez (CA Bar No. 205338)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:     949-263-8400
Facsimile:     949-263-8414
E-mail:        dsasse@crowell.com
               tlopez@crowell.com

*Counsel for Jaco Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| *Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al.* (Case No. C06-01212 PJH) | Case No. C 07-01212 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFF AND MICRON DEFENDANTS EXTENDING DATE TO FILE MOTIONS TO COMPEL DISCOVERY** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | This Stipulation is entered into between Plaintiff and Defendants Micron |
| 3 | Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") in the *Jaco* |
| 4 | action, and is made with regard to the following facts: |
| 5 | WHEREAS, the deadline for completion of fact discovery in the above captioned actions |
| 6 | was December 17, 2007; |
| 7 | WHEREAS, discovery responses timely served on or about December 17, 2007, have |
| 8 | given rise to discovery disputes; |
| 9 | WHEREAS, Plaintiff and Micron filed a stipulation and proposed order with this Court |
| 10 | on December 27, 2007, seeking an extension until January 18, 2008, for Micron to move to |
| 11 | compel further discovery responses from Plaintiff in the event the parties were unable to resolve |
| 12 | the disputes among themselves; |
| 13 | WHEREAS, this Court entered the stipulated order on January 4, 2008; |
| 14 | WHEREAS, Plaintiff and Micron filed a stipulation and proposed order with this Court |
| 15 | on January 17, 2008, seeking another extension until January 25, 2008, for Micron to move to |
| 16 | compel further discovery responses from Plaintiff in the event the parties were unable to resolve |
| 17 | the disputes among themselves; |
| 18 | WHEREAS, Plaintiff and Micron, upon an oral motion at a hearing before this Court on |
| 19 | January 25, 2008, jointly sought another extension until February 8, 2008, for Micron to move to |
| 20 | compel further discovery responses from Plaintiff, and this Court granted that extension from the |
| 21 | bench; |
| 22 | WHEREAS, per this Court's request, Plaintiff and Micron memorialized this Court's |
| 23 | ruling from the bench in a joint letter filed with the Court on January 30, 2008 (Document |
| 24 | Number 177); and |
| 25 | WHEREAS, Plaintiff has agreed to supplement its responses by February 29, 2008, to |
| 26 | Interrogatory Nos. 1, 2 and 11 of Micron's First Set of Interrogatories and Request for |
| 27 | Admission Number 5 of Micron's First Set of Requests for Admission served on November 14, |
| 28 | 2007; |

| | |
|---|---|
| 1 | NOW THEREFORE, PLAINTIFF AND MICRON, THROUGH THEIR |
| 2 | RESPECTIVE COUNSEL, HEREBY STIPULATE to the Court entering the attached Proposed |
| 3 | Order. |

| | | |
|---|---|---|
| 4 | DATED: February 20, 2008 | CROWELL & MORING LLP |
| 5 | | */s/ David D. Cross* |
| 6 | | Jerome A. Murphy *(pro hac vice)* |
| | | David D. Cross *(pro hac vice)* |
| 7 | | 1001 Pennsylvania Avenue, N.W. |
| | | Washington, D.C. 20004-2595 |
| 8 | | Phone: 202-624-2500 |
| | | Fax: 202-628-5116 |
| 9 | | |
| | | Daniel A. Sasse (CA Bar No. 236234) |
| 10 | | Theresa Lopez (CA Bar No. 205338) |
| | | 3 Park Plaza, 20th Floor |
| 11 | | Irvine, CA 92614-8505 |
| | | Phone: 949-263-8400 |
| 12 | | Fax: 949-263-8414 |
| 13 | | *Counsel for Plaintiff* |
| | | *Jaco Electronics, Inc.* |
| 14 | | |
| 15 | DATED: February 20, 2008 | GIBSON, DUNN & CRUTCHER LLP |
| 16 | | |
| 17 | | */s/ Joshua Hess* |
| | | Joel S. Sanders, Esq. |
| | | G. Charles Nierlich, Esq. |
| 18 | | Joshua Hess, Esq. |
| | | Michael Cecchini, Esq. |
| 19 | | GIBSON, DUNN & CRUTCHER LLP |
| | | One Montgomery Street |
| 20 | | Suite 3100 |
| | | San Francisco, CA 94104 |
| 21 | | Telephone: (415) 393-8200 |
| | | Facsimile: (415) 986-5309 |
| 22 | | |
| | | *Counsel for Defendants* |
| 23 | | *Micron Technology, Inc. and Micron Semiconductor* |
| | | *Products, Inc.* |
| 24 | | |

| | |
|---|---|
| 25 | I hereby attest that I will maintain on file all holograph signatures for any |
| 26 | signatures indicated by a "conformed" signature (/S/) within this e-filed document. |
| 27 | */s/ David D. Cross* |
| 28 | |

STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFF AND MICRON DEFENDANTS EXTENDING
DATE TO FILE MOTIONS TO COMPEL DISCOVERY

# [~~PROPOSED~~] ORDER

The Court hereby ORDERS:

That Plaintiff and the Micron Defendants shall have until March 14, 2008, to file motions to compel with respect to fact discovery disputes regarding Plaintiff's responses to discovery requests served by Micron on November 14, 2007, that are then still outstanding and that were raised in meet and confer communications on December 27, 2007.

**IT IS SO ORDERED.**

Dated: 2/29/08



THE HONORABLE _____
UNITED STATES _____ JUDGE