JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
JASON M. BUSSEY (Bar No. 227185)
jbussey@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

*Counsel for Defendants*
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACO ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>Defendants. | Case No. C 07-01212 PJH<br><br>Assigned for all purposes to the<br>Hon. Phyllis J. Hamilton<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO DEFENDANTS ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC.** |

STIPULATION OF DISMISSAL AS TO ELPIDA DEFENDANTS
CASE NO. C 07-01212

The parties hereto hereby stipulate to a dismissal of this action as to defendants Elpida Memory, Inc., and Elpida Memory (USA) Inc. with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorneys' fees. This dismissal shall not apply to or affect any other defendant.

IT IS SO STIPULATED AND AGREED.

Dated: March 20, 2009　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

By: /s/
　　　Harrison J. Frahn IV

Attorneys for Defendants
ELPIDA MEMORY, INC. and
ELPIDA MEMORY (USA) INC.

Dated: March 20, 2009　　　　　　　　　BAKER & HOSTETLER LLP

By: /s/
　　　Douglas E. Spelfogel

Attorneys for Plaintiff
JACO ELECTRONICS, INC.,

**ATTESTATION OF FILING**

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of the stipulation from the parties listed above.

By: /s/
　　　Harrison J. Frahn IV

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: March __24__, 2009

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION OF DISMISSAL AS TO ELPIDA DEFENDANTS
CASE NO. C 07-01212
2