Peter W. James, Bar No. 041410
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:    310-820-8800
Facsimile:    310-820-8859
E-mail:    pjames@bakerlaw.com

*Counsel for Plaintiff Jaco Electronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JACO ELECTRONICS, INC., | Case No. C-07-01212 PJH |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER AS TO NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |

## STIPULATION

The parties hereto hereby stipulate to a dismissal of this action as to defendants Nanya Technology Corporation and Nanya Technology Corporation USA with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 3, 2009         BAKER & HOSTETLER LLP


By:_____/s/_____
        Peter W. James

Attorneys for Plaintiff
JACO ELECTRONICS, INC.

Dated: August 3, 2009         ORRICK HERRINGTON & SUTCLIFFE LLP


By:_____/s/_____
        Howard M. Ullman

Attorneys for Defendants
NANYA TECHNOLOGY CORPORATION and
NANYA TECHNOLOGY CORPORATION USA

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

                                            /s/
                                    Peter W. James

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

4  Dated: 8/4/09

Hon. ~~Phyllis J. Hamilton~~

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2009, I electronically filed the foregoing Jaco Electronics, Inc.'s **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01212 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2009, at Los Angeles, California.

                                               /s/
                                      Peter W. James
                              E-mail: pjames@bakerlaw.com