1  Peter W. James, Bar No. 041410
   Baker & Hostetler LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA 90025-7120
3  Telephone:    310-820-8800
   Facsimile:    310-820-8859
4  E-mail:       pjames@bakerlaw.com

5  *Counsel for Plaintiff Jaco Electronics, Inc.*

6

7

8
                        UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11

12 JACO ELECTRONICS, INC.,              )   Case No. C 07-01212 PJH
                                        )
13              Plaintiff,              )
                                        )
14       v.                             )   **STIPULATION OF DISMISSAL AND
                                        )   [PROPOSED] ORDER AS TO HYNIX
15 HYNIX SEMICONDUCTOR INC., et al.,    )   SEMICONDUCTOR INC. AND HYNIX
                                        )   SEMICONDUCTOR AMERICA INC.**
16              Defendants.             )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23

24

25

26

27

28

                                        1

## STIPULATION

The parties hereto hereby stipulate to a dismissal of this action as to defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a June 2009 settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 4, 2009          BAKER & HOSTETLER LLP

By:_____/s/_____
        Peter W. James

Attorneys for Plaintiff
JACO ELECTRONICS, INC.

Dated: August 4, 2009          O'MELVENY & MYERS LLP

By:_____/s/_____
        Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and HYNIX SEMICONDUCTOR AMERICA INC.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

_/s/_
Peter W. James

1    [~~PROPOSED~~] ORDER

2    PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

4    Dated: 8/11/09

         Hon. Phyllis J. Hamilton
         United States District Judge

         *IT IS SO ORDERED*
         *[signature]*
         *Judge Phyllis J. Hamilton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2009, I electronically filed the foregoing Jaco Electronics, Inc.'s **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO HYNIX SEMICONDUCTOR INC. AND HYNIX SEMICONDUCTOR AMERICA INC.** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01212 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2009, at Los Angeles, California.

/s/<br>
Peter W. James<br>
E-mail: pjames@bakerlaw.com

502510024.2