PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:        pjames@bakerlaw.com

Counsel for Plaintiff
Jaco Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., et al., <br><br> Defendants. | Case No.  C-07-01212 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Date:           October 21, 2009 <br> Time:           9:00 a.m. <br> Courtroom:  5, 17th Floor |

The parties to this Stipulation and [Proposed] Order, Jaco Electronics, Inc. and Kimball Electronics Tampa, Inc. f/k/a Reptron Electronics, Inc. (the "Parties"), stipulate, through their respective counsel, that the hearing on Plaintiff's Motion Pursuant to Rule 42 for an Order to Avoid Unnecessary Cost or Delay may be continued to Wednesday, October 21, 2009, at 9:00 a.m. (the "New Hearing Date").

Parties further stipulate that the adjournment is contingent upon the continuance of Kimball Electronics Tampa, Inc. f/k/a Reptron Electronics, Inc.'s Motion to Intervene, pending in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, Master File No. M-02-1486

1  PJH, to the New Hearing Date.

2  **IT IS SO STIPULATED AND AGREED.**

3  Dated: August 5, 2009           BAKER & HOSTETLER LLP

_____/s/_____
Peter W. James

Counsel for Plaintiff
Jaco Electronics, Inc.

Dated: August 5, 2009           BURROW & SHIMANE

_____
Lance Burrow

Counsel for Kimball Electronics Tampa, Inc.
f/k/a Reptron Electronics, Inc.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/<br>
Peter W. James

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 8/11/09

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2009, I electronically filed the foregoing Jaco Electronics, Inc.'s **STIPULATION AND [PROPOSED] ORDER** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01212 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2009, at Los Angeles, California.

_____
Peter W. James
E-mail: pjames@bakerlaw.com