PETER W. JAMES, Bar No. 041410
LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:       pjames@bakerlaw.com
Email:       lcarteen@bakerlaw.com

Counsel for Plaintiff
Jaco Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACO ELECTRONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., et al.,<br><br>　　　　　Defendants. | Case No. C-07-01212 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:　　November 18, 2009<br>Time:　　9:00 a.m.<br>Courtroom: 5, 17th Floor |

Jaco Electronics, Inc. and Kimball Electronics Tampa, Inc. f/k/a Reptron Electronics, Inc. (the "Parties") are presently engaged in settlement discussions and require additional time to attempt to resolve certain issues amicably. Accordingly, the Parties stipulate, through their respective counsel, that the hearing on Plaintiff's Motion Pursuant to Rule 42 for an Order to Avoid Unnecessary Cost or Delay may be continued to Wednesday, November 18, 2009, at 9:00 a.m. (the "New Hearing Date").

Parties further stipulate that the adjournment is contingent upon the continuance of Kimball Electronics Tampa, Inc. f/k/a Reptron Electronics, Inc.'s Motion to Intervene, pending in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, Master File No. M-02-1486

1  PJH, to the New Hearing Date.

2  **IT IS SO STIPULATED AND AGREED.**

3  Dated: October 1, 2009                        BAKER & HOSTETLER LLP

4                                                /s/
                                                 ―――――――――――――――――――
                                                 Peter W. James
5                                                Lisa I. Carteen

6                                                Counsel for Plaintiff
                                                 Jaco Electronics, Inc.

8  Dated: October 1, 2009                        BURROW & SHIMANE

9                                                /s/
                                                 ―――――――――――――――――――
                                                 Lance Burrow
10                                               Ryan Hurley

11                                               Counsel for Kimball Electronics Tampa, Inc.
                                                 f/k/a Reptron Electronics, Inc.

13  NO OBJECTION:

14  Dated: October 1, 2009                       /s/
                                                 ―――――――――――――――――――
                                                 Julian Brew
                                                 Joshua Stambaugh

16                                               Counsel for Infineon Technologies AG and
                                                 Infineon Technologies North America
17                                               Corporation

18  NO OBJECTION:

19  Dated: October 1, 2009                       /s/
                                                 ―――――――――――――――――――
                                                 Paul R. Griffin

20                                               Counsel for NEC Electronics America, Inc.

22  NO POSITION:

23  Dated: October 1, 2009                       /s/
                                                 ―――――――――――――――――――
                                                 Joel S. Sanders

24                                               Counsel for Micron Technology, Inc. and
                                                 Micron Semiconductor Products, Inc.

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/
Lisa I. Carteen

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 10/5/09

_____
Hon. Phyllis J. Hamilton
United States District Judge



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2009, I electronically filed the foregoing Jaco Electronics, Inc.'s **STIPULATION AND [PROPOSED] ORDER** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01212 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2009, at Los Angeles, California.

```
                              /s/
                        Lisa I. Carteen
                E-mail: lcarteen@bakerlaw.com
```