PETER W. JAMES, Bar No. 041410
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:    310-820-8800
Facsimile:    310-820-8859
E-mail:       pjames@bakerlaw.com

*Counsel for Plaintiff Jaco Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO ELECTRONICS, INC., | Case No. C-07-01212 PJH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH AMERICA CORP.** |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |

1

STIPULATION OF DISMISSAL AS TO INFINEON DEFENDANTS

**STIPULATION**

The Parties hereto hereby stipulate to a dismissal of this action as to defendants Infineon Technologies AG and Infineon Technologies North America Corp., with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This stipulation is pursuant to a settlement agreement negotiated by the Parties, and the Parties agree that the Court should reserve jurisdiction to enforce the terms of that settlement agreement. Each Party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant in this action. This dismissal is without prejudice to Plaintiffs' right to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED**.

Dated:  December 30, 2009          BAKER & HOSTETLER LLP


By:_____/s/_____
         Peter W. James

Attorneys for Plaintiff
JACO ELECTRONICS, INC.

Dated:  December 30, 2009          KAYE SCHOLER LLP


By:_____/s/_____
         Julian Brew

Attorneys for Defendants
INFINEON TECHNOLOGIES AG and
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

1  **ATTESTATION OF FILING**

2  Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the

3  filing of this document from the parties listed above.

4

5                                           /s/
                                 Peter W. James

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

3

4  Dated: 1/5/10



Hon. Phyllis J. Hamilton
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2009, I electronically filed the foregoing Jaco Electronics, Inc.'s **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH AMERICA CORP.** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01212 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2009, at Los Angeles, California.

/s/
Peter W. James
E-mail:  pjames@bakerlaw.com