1  PETER W. JAMES, Bar No. 041410
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA 90025-7120
3  Telephone:    310-820-8800
4  Facsimile:    310-820-8859
   E-mail:       pjames@bakerlaw.com
5
   Attorneys for Plaintiff
6  JACO ELECTRONICS, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12 | JACO ELECTRONICS, INC.,           )  Case No. C-07-01212 PJH
                                       )
13 |            Plaintiff,             )
                                       )
14 |     v.                            )  **STIPULATION OF DISMISSAL AND**
                                       )  **[PROPOSED] ORDER AS TO NEC**
15 |                                   )  **ELECTRONICS CORPORATION AND**
   | HYNIX SEMICONDUCTOR INC., et al., )  **NEC ELECTRONICS AMERICA, INC.**
16 |                                   )
   |            Defendants.            )
17 |                                   )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22

# STIPULATION

The Parties hereto hereby stipulate to a dismissal of this action as to defendants NEC Electronics Corporation and NEC Electronics America, Inc. with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P.  Each party shall bear its own costs and attorney's fees.  This dismissal shall not apply to or affect any other defendant.

**IT IS SO STIPULATED AND AGREED**.

Dated:  April 27, 2010     BAKER & HOSTETLER LLP


By:  /s/ Peter W. James
          Peter W. James

Attorneys for JACO ELECTRONICS, INC.

Dated:  April 27, 2010     WINSTON & STRAWN LLP


By:  /s/ Robert B. Pringle
          Robert B. Pringle

Attorneys for NEC CORPORATION, NEC ELECTRONICS CORPORATION AND NEC ELECTRONICS AMERICA, INC.

- 3 -

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

                                            */s/*  Peter W. James
                                            Peter W. James

Case 4:07-cv-01212-PJH   Document 396   Filed 05/03/10   Page 4 of 5

# [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: May 3, 2010



Hon. _____
United States _____ Judge

- 4 -
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO
NEC ELECTRONICS CORPORATION AND NEC ELECTRONICS AMERICA, INC.**
CASE NO. C-07-01212 PJH

- 5 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2010, I electronically filed the foregoing Jaco Electronics, Inc.'s **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AS TO NEC ELECTRONICS CORPORATION AND NEC ELECTRONICS AMERICA, INC.** via CM/ECF on all interested parties registered for e-filing in Case No. C-07-01212 PJH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2010, at Los Angeles, California.

<div style="text-align:right">

/s/
Peter W. James
E-mail:  pjames@bakerlaw.com

</div>

502842844