Tracy Cole (*pro hac vice*)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone:  212-589-4228
Facsimile: 212-589-4201
Email:  tcole@bakerlaw.com

Attorneys for Plaintiff
Jaco Electronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Jaco Electronics, Inc., <br><br>   Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., ET AL., <br><br>   Defendants. | Case No. 07-CV-1212-PJH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC. PURSUANT TO RULE 41(a)(1)(A)(ii)** <br> **[AND ORDER]** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the parties in this matter, Jaco Electronics Inc., plaintiff, and Micron Technology, Inc. and Micron Semiconductor Products, Inc., defendants, hereby stipulate that the action be dismissed in its entirety with prejudice as to the Micron defendants.  All parties shall bear their own costs and attorney fees.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: July 22, 2011 | BAKER & HOSTETLER, LLP |
| 4 | | |
| 5 | | By: /s/ Tracy Cole<br>  Tracy Cole (*pro hac vice*) |
| 6 | | 45 Rockefeller Plaza<br>New York, NY 10111 |
| 7 | | Telephone:  212-589-4228<br>Facsimile: 212-589-4201 |
| 8 | | Email:  tcole@bakerlaw.com |
| 9 | | *Attorneys for Plaintiff* |
| 10 | | *Jaco Electronics, Inc.* |

DATED: July 22, 2011      GIBSON, DUNN & CRUTCHER LLP

By: /s/ G. Charles Nierlich
   Joel S. Sanders
   Mark A. Perry
   G. Charles Nierlich
555 Mission Street, Suite 3000
San Francisco, CA  94105
(415) 393-8200
Email:  jsanders@gibsondunn.com
           mperry@gibsondunn.com
           gnierlich@gibsondunn.com

*Attorneys for Defendants*
*Micron Technology Inc. and Micron Semiconductor, Inc.*

## ATTESTATION OF FILING

Pursuant to General Order 45, Section X (B), I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

BAKER & HOSTETLER, LLP

/s/

DATED: July 22, 2011      Tracy Cole
*Attorneys for Plaintiff*
*Jaco Electronics, Inc.*

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICRON DEFENDANTS
Case No. 07-CV-1212-PJH
DOCS #3498505 v1

1
2
3        **[PROPOSED] ORDER**
4     PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.
5
6   Dated: 7/25/11
7
8                                    Hon. Phyllis J. Hamilton
                                     United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICRON DEFENDANTS
Case No. 07-CV-1212-PJH
DOCS #3498505 v1